UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALLISON SOVA, | |
| Plaintiff, | Civil Action No.: |
| v. | 3:09-cv-01246 (JBA) |
| CARESTREAM HEALTH INC., | |
| Defendant. | FEBRUARY 12, 2010 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff Allison Sova, with the consent and agreement of defendant Carestream Health, Inc., hereby requests that the Court dismiss the above-captioned case, with prejudice and without costs or attorneys' fees to any party. This Stipulation may be filed without further notice with the Clerk of the Court.

The parties have agreed that defendant will file this Stipulation of Dismissal on behalf of the parties.

| | |
|---|---|
| PLAINTIFF, | DEFENDANT, |
| ALLISON SOVA | CARESTREAM HEALTH, INC. |
| | |
| By: /s/ Anthony J. Pantuso, III | By: /s/ Theresa M. Waugh |
| Anthony J. Pantuso, III (CT11638) | Theresa M. Waugh (CT23559) |
| The Pantuso Law Firm, LLC | Littler Mendelson, P.C. |
| 204 Broad Street, 2nd Floor | 265 Church Street, Suite 300 |
| Milford, CT 06460 | New Haven, CT 06510 |
| Tele. (203) 876-0000 | Tele. (203) 974-8700 |
| Fax. (203) 877-1839 | Fax: (203) 974-8799 |
| apantuso@pantusolaw.com | twaugh@littler.com |

## **CERTIFICATION**

I hereby certify that on February 12, 2010, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

　/s/ Theresa M. Waugh
Theresa M. Waugh (CT23559)
Littler Mendelson, P.C.
265 Church Street, Suite 300
New Haven, CT 06510
Tele. (203) 974-8700
Fax: (203) 974-8799
twaugh@littler.com